## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Charles Deitzman, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 C 2133 |
| | ) | |
| Bethany Health, L.L.C., et al., | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

### <u>ORDER</u>

Parties consent to exercise of jurisdiction by a United States Magistrate Judge.  This case is transferred to Magistrate Iain D. Johnston.

Date: 11/05/2014

ENTER:

FREDERICK J. KAPALA

District Judge